In the Matter of F. CHILDREN and Others. BLANCA F., Appellant; COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK, Respondent, et al., Respondents. [732 NYS2d 567] —Orders, Family Court, Bronx County (Susan Larabee, J.), entered on or about December 22, 2000, unanimously affirmed for the reasons stated by Larabee, J., without costs or disbursements. No opinion. Concur—Williams, J. P., Andrias, Wallach, Lerner and Marlow, JJ.